# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3812
LT Case No. 59-2016-CF-2281-A

———————————————

ADAM CHASE KOREN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Seminole County.
Melanie F. Chase, Judge.

Adam Chase Koren, Graceville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

May 19, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____